**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Akin AKINKOYE, Defendant–Appellant.**

No. 02–7500.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Jan. 6, 2003.

Akin Akinkoye, Appellant Pro Se. Steven Michael Dettelbach, Office of the United States Attorney, Greenbelt, Maryland, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Akin Akinkoye seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Akinkoye has not made a substantial showing of the denial of a constitutional right. *See United States v. Akinkoye*, No. CR–97–151–PJM (D.Md. Aug. 15, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*